**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Denise F. Otterson,

Plaintiff,

v.

Truth Hardware Corporation,

Defendant.

File No. 00-332 JMR/FLN

**STIPULATION AND ORDER**

The parties hereto, by and through their counsel of record hereby stipulate that Defendant may have until March 15, 2000 to plead or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

Dated: March 1, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Paul J. Zech, Esq. #162450
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
612-373-8436

ATTORNEYS FOR DEFENDANT

Dated: March 2, 2000

WILLIAMS & IVERSEN, P.A.

By: ______________________
Paul W. Iversen, Esq. #193707
1220 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102
651-848-0280

ATTORNEYS FOR THE PLAINTIFF

MAR 06 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**SO ORDERED**

Dated: March 8, 2000

BY THE COURT:

The Honorable Franklin L. Noel
Chief Magistrate Judge of U.S. District Court