UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-332(JMR/FLN)

Denise F. Otterson )
)
v. ) ORDER
)
Truth Hardware Corporation )

Defendant seeks summary judgment. The Court heard oral argument on August 31, 2001. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion for summary judgment is denied.

Dated: September 14th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED SEP 14 2001
DEPUTY CLERK'S INITIALS