UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Denise F. Otterson,

Plaintiff,

v.

Truth Hardware Corporation,

Defendant.

Court File No.00-332 JMR/FLN

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation of Plaintiff and Defendant, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED, that:

Plaintiff's action against Defendant be and the same hereby is **DISMISSED WITH PREJUDICE**, without costs to any party.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 15, 2001

BY THE COURT

Honorable James M. Rosenbaum
United States District Court Judge

MPLS 190971-1



FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Denise F. Otterson,

Plaintiff,

v.

Truth Hardware Corporation,

Defendant.

Court File No.00-332 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff's action against Defendant may be and is hereby dismissed with prejudice and without cost to either party.

Dated: ~~October~~ November 6, 2001

WILLIAMS & IVERSEN, P.A.

By: [signature]
Paul W. Iversen, Esq. #193707

1611 W. COUNTY ROAD B, #208
Roseville, MN 55113

(651) 848-0280)

ATTORNEYS FOR THE PLAINTIFF

Dated: ~~October~~ Nov. 8, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: [signature]
Paul J. Zech, Esq. #162450
Daniel Kelly, Esq. # 247674

601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321

ATTORNEYS FOR DEFENDANT

MPLS 190970-1